**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION**

| | |
|---|---|
| R. Rudnick & Company, | ) |
| Plaintiff, | ) |
| v. | ) No. 08 CV 2560 |
| JOE ANDERSON and RICHARD ANDERSON, doing business as DISPOSAL MANAGEMENT SYSTEMS and JOHN DOES 1-10, | ) Judge Ronald A Guzman |
| Defendants. | ) |

**NOTICE OF MOTION**

TO:  Dan Ettleman
     Heather Kolbus
     Edeman Combs Latturner
      & Goodwin, LLC
     120 S LaSalle, 18th Floor
     Chicago IL 60603

    Please take notice that on June 12, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Ronald A Guzman, District Court Judge, in Room 1219 in the United States Courthouse, 219 S Dearborn Street, Chicago IL 60604, and shall then and there present the attached Motion, at which time and place you may appear if you so see fit.

                                          Respectfully Submitted,
                                          JOE ANDERSON and RICHARD ANDERSON

                                By:    /S/ David T. Grisamore
                                          David T. Grisamore, Esq.

David T. Grisamore, Esq.
53 W. Jackson Suite 1643
Chicago IL 60604
(312) 913-3448
ARDC# 6237226

**CERTIFICATE OF SERVICE**

    The undersigned attorney certifies that he served the attached on the above-listed parties by CM/ECF notice on May 27, 2008.

                                  By:    /S/ David T. Grisamore