UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| R. RUDNICK & CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 08 C 2560 |
| | ) | |
| JOE ANDERSON and RICHARD ANDERSON | ) | Judge Guzman |
| doing business as | ) | Magistrate Judge Denlow |
| DISPOSAL MANAGEMENT SYSTEMS, | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S LOCAL RULE 3.2 STATEMENT

Plaintiff R. Rudnick & Co. is a privately held corporation. It does not have any publicly held affiliates.

                              s/ Heather Kolbus
                              Heather Kolbus


Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

       I, Heather Kolbus, certify that on June 26, 2008 I caused a true and accurate copy of the foregoing document to be served upon the party listed below via the Court's CM/ECF system.

David T. Grisamore
dgriz67@sbcglobal.net

                                             /s/ Heather Kolbus
                                            Heather Kolbus