UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| R. RUDNICK & CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 08 C 2560 |
| | ) | |
| JOE ANDERSON and RICHARD ANDERSON | ) | Judge Guzman |
| doing business as | ) | Magistrate Judge Denlow |
| DISPOSAL MANAGEMENT SYSTEMS, | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT REPORT OF THE PARTIES

Plaintiff R. Rudnick & Co. represented by counsel from Edelman, Combs, Latturner & Goodwin, LLC and Defendants Joe Anderson and Richard Anderson d/b/a Disposal Management Systems represented by counsel from Law Offices of David T. Grisamore hereby submit this joint report pursuant to Fed. R. Civ. P. 26(f). In accordance with this Court's order dated May 9, 2008, the parties have met and conferred for the purposes of preparing the following proposed schedule. The Court has set an initial status conference on July 11, 2008 at 9:30 a.m. The parties state as follows:

      1.    **Pre-trial Schedule**. The parties jointly propose to the Court the following discovery plan:

      a.    Discovery will be needed on the following subjects: Plaintiff will need discovery from defendants, and possibly third parties, regarding to whom and when the allegedly unsolicited advertising faxes were sent. Plaintiff needs sufficient time in discovery to determine whether any parties need to be added, to add such parties, and to take discovery from them, if necessary. Plaintiff may need to hire an expert to determine the manner of faxing and the identities or fax numbers of fax recipients and/or to inspect the facsimile equipment. Plaintiff will also need discovery on any affirmative defenses Defendants may raise. Defendants

will need discovery on all aspects of Plaintiff's Complaint, and may need to hire their own experts.

        b.      Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) to be made by July 7, 2008.  All discovery to be commenced in time to be completed by June 5, 2009.

        c.      The parties expect they will need approximately 10 depositions.

        d.      Reports from retained experts under Rule 26(a)(2) due:

        from plaintiff by February 20, 2009.

        from defendant by March 27, 2009.

        rebuttal experts from plaintiff and defendants by May 1, 2009.

        e.      Parties should be allowed until November 17, 2008 to join additional parties and to amend the pleadings.

        f.      All potentially dispositive motions should be filed by July 10, 2009.

        g.      The parties request a final pretrial conference to be set by this court in accordance with Fed. R. Civ. P. 16 and Local Rule 16.2.

        h.      The case should be ready for trial by September, 2009.  Plaintiff, at this time, expects that a trial will take approximately 2 days.

2.    **Settlement**.  The parties have attempted to identify and investigate an opportunity for early resolution of this case.  Defendants' counsel had declined to produce the information requested by plaintiff in order to adequately assess the issue presented at this time.  Defendants have filed a dispositive motion, which is pending.   Plaintiff will continue to determine if any opportunities for settlement exist, at a minimum, after ruling on defendants' motion to dismiss.

3.    **Consent**.  The parties do not unanimously consent to proceed before a Magistrate Judge.

Respectfully submitted,

| | |
|---|---|
| /s/ Heather Kolbus | /s/ David T. Grisamore (w/ permission) |
| Daniel A. Edelman | David T. Grisamore |
| Heather Kolbus | LAW OFFICES OF |
| EDELMAN, COMBS, LATTURNER | DAVID T. GRISAMORE |
| & GOODWIN, LLC | 53 W. Jackson Blvd., Suite 1643 |
| 120 S. LaSalle Street, 18th Floor | Chicago, IL 60604 |
| Chicago, Illinois 60603 | (312) 913-3448 |
| (312) 739-4200 | (312) 913-3458 (FAX) |
| (312) 419-0379 (FAX) | |