**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| R. RUDNICK & CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | 08 C 2560 |
| ) | |
| JOE ANDERSON and RICHARD ANDERSON ) | Judge Guzman |
| doing business as ) | Magistrate Judge Denlow |
| DISPOSAL MANAGEMENT SYSTEMS, ) | |
| and JOHN DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING**

**TO:**   Please see certificate of service.

    **PLEASE TAKE NOTICE** that on July 2, 2008, we caused to be filed with the clerk of the United States District Court for the Northern District of Illinois, the following document: **JOINT REPORT OF THE PARTIES**, copies of which are attached hereto and hereby served upon you.

                                                           /s/ Heather Kolbus
                                                           Heather Kolbus

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

       I, Heather Kolbus, certify that on July 2, 2008, I caused a true and accurate copy of the foregoing document to be served upon the party listed below via the court's CM/ECF system.

David T. Grisamore
dgriz67@sbcglobal.net

                                               /s/ Heather Kolbus
                                               Heather Kolbus