UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| R. RUDNICK & CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 08 C 2560 |
| | ) | |
| JOE ANDERSON and RICHARD ANDERSON | ) | Judge Guzman |
| doing business as | ) | Magistrate Judge Denlow |
| DISPOSAL MANAGEMENT SYSTEMS, | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

**TO:**   Please see certificate of service.

     **PLEASE TAKE NOTICE** that on July 22, 2008 at 9:30 a.m., we shall appear before Judge Guzman in Room 1219 of the United States District Court for the Northern District of Illinois and present: **PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT,** *INSTANTER*, a copy of which is attached hereto and hereby served upon you.

                                                                 /s/ Daniel A. Edelman
                                                                   Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

I, Daniel A. Edelman, certify that on July 7, 2008, I caused a true and accurate copy of the foregoing document to be served upon the party listed below via the court's CM/ECF system:

David T. Grisamore
dgriz67@sbcglobal.net

/s/ Daniel A. Edelman
Daniel A. Edelman