# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| R. RUDNICK & CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 08 C 2560 |
| | ) | |
| JOE ANDERSON and RICHARD ANDERSON | ) | Judge Guzman |
| doing business as | ) | Magistrate Judge Denlow |
| DISPOSAL MANAGEMENT SYSTEMS, | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**CORRECTED EXHIBIT A TO PROPOSED AMENDED COMPLAINT**[1]

---

[1] To correct for an error in electronic filing, the following document replaces Exhibit A to Appendix A of **PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT,** *INSTANTER* (ECF Document #17, Attachment #1: Amended Complaint).

# DISPOSAL MANAGEMENT SYSTEMS, INC.
## Recycling For The Future

**Dispatch**
847-640-9777
877-4-CONTAINER

420 Cutters Mill Lane • Schaumburg, Illinois 60195
www.disposalmanagement.com

**Billing**
847-640-9793
Fax: 847-640-9797

# 20 or 30 Yard
# DUMPSTERS
# $310

• Up to 4 tons • $46 per ton over 4 tons • Within designated area •
• Fuel charge may apply • 1st Time Customers •

## 877 – 426 – 6824

- **Wood**
- **Cardboard**
- **Drywall**
- **Steel**
- **Concrete**

**WE RECYCLE**



**9 Trucks and Over 300 Dumpsters for Your Rubbish**

Printed on 100% recycled paper

**CERTIFICATE OF SERVICE**

       I, Daniel A. Edelman, certify that on July 8, 2008, I caused a true and accurate copy of the foregoing document to be served upon the party listed below via the court's CM/ECF system:

David T. Grisamore
dgriz67@sbcglobal.net

                                   /s/ Daniel A. Edelman
                                   Daniel A. Edelman