**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION**

| | |
|---|---|
| R. Rudnick & Company, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No.    08 CV 2560 |
| ) | |
| JOE ANDERSON and RICHARD ANDERSON, ) | |
| doing business as DISPOSAL MANAGEMENT ) | |
| SYSTEMS and JOHN DOES 1-10, ) | |
| ) | |
|     Defendants. ) | |

**NOTICE OF FILING**

TO:    Dan Edelman
        Heather Kolbus
        Edeman Combs Latturner
         & Goodwin, LLC
        120 S LaSalle, 18th Floor
        Chicago IL 60603

    PLEASE TAKE NOTICE that on the 8th day of July, 2008 Defendants filed their Reply Brief in Support of Motion to Dismiss with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is contemporaneously served on you.

DATED: July 8, 2008

                                            By: /S/ David T. Grisamore
                                            Attorney  for Defendants
                                            Joe Anderson and Richard Anderson

David T. Grisamore, Esq.
53 W Jackson #1643
Chicago IL 60604
(312) 913-3448
(312) 913-3458 fax
6237226

**CERTIFICATE OF SERVICE**

    The undersigned attorney certifies that he served the attached on the above-listed parties by CM/ECF notice on July 8, 2008.

                                        By:    /S/ David T. Grisamore