**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

R. Rudnick & Co.
                       Plaintiff,

v.                                        Case No.: 1:08−cv−02560
                                           Honorable Ronald A. Guzman

Joe Anderson, et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 14, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman: Motion by Plaintiff for leave to file an amended complaint[17] is granted. Status hearing held on 7/14/2008. Motion for class certification to be filed on or before 12/5/08. Court adopts proposed case schedule. Amended pleadings and joinder of parties due by 11/17/2008. All discovery ordered closed by 6/5/2009. Dispositive motions due by 7/10/2009. No extensions. Status hearing set for 11/12/2008 at 09:30 AM. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.