IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| R. RUDNICK & CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 2560 |
| | ) | |
| DISPOSAL MANAGEMENT SYSTEMS, INC. | ) | Judge Guzman |
| and JOHN DOES 1-10, | ) | Magistrate Judge Denlow |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), plaintiff R. Rudnick & Co. hereby dismisses this action with prejudice and without costs.

Respectfully submitted,

**R. Rudnick & Co.**

By: s/ Daniel A. Edelman
      One of Its Attorneys

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle St., 18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

1

## **CERTIFICATE OF SERVICE**

I, Daniel A. Edelman, hereby certify that on August 26, 2008, I caused to be filed the foregoing document the Court's CM/ECF System. A copy was served via hand delivery and United States Mail on the following non-ECF participant:

Disposal Management Systems, Inc.
c/o Thomas R. Allen, Registered Agent
11 S. LaSalle St., Ste. 1020
Chicago, IL 60603

Daniel A. Edelman