## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV2560               Assigned/Issued By: J. N.

Judge Name:                          Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*   ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____            Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                        _____
☐ Citation to Discover Assets           *(Victim, Against and $ Amount)*

☐ Writ _____             ☐ Other
       *(Type of Writ)*                  _____
                                         _____
                                         *(Type of issuance)*

1  Original and  0  copies on  8-26-08  as to  DEFENDANT
                                *(Date)*

_____
_____